# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 11-7029 | September Term 2010 |
| | 1:09-cv-01676-BAH |
| | Filed On: April 11, 2011 [1302609] |

Libertarian Party, et al.,

      Appellants

    v.

District of Columbia Board of Elections and
Ethics, et al.,

      Appellees

## O R D E R

The notice of appeal was filed on March 8, 2011, and docketed in this court on April 11, 2011. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 11, 2011 |
| Docketing Statement Form | May 11, 2011 |
| Entry of Appearance Form | May 11, 2011 |
| Procedural motions, if any | May 11, 2011 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 11, 2011 |
| Statement of Issues to be Raised | May 11, 2011 |
| Transcript Status Report | May 11, 2011 |
| Underlying Decision from Which Appeal or Petition Arises | May 11, 2011 |
| Dispositive Motions, if any (Original and 4 copies) | May 26, 2011 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 11-7029** | **September Term 2010** |

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 11, 2011 |
| Entry of Appearance Form | May 11, 2011 |
| Procedural motions, if any | May 11, 2011 |
| Dispositive Motions, if any (Original and 4 copies) | May 26, 2011 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                             Laura M. Chipley
                             Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases